UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **ANGELO COLLINS II** | **CASE NO. 3:25-CV-00079** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ANGELA EVANS ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 25], noting no written and filed objections thereto, and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and judgment as recommended therein is warranted,

**IT IS ORDERED** that the Motion to Dismiss contained in Defendant's Answer [Doc. No. 14], is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's "Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(3), and 12(b)(6)" [Doc. No. 18] is **GRANTED IN PART AND DENIED IN PART**. To the extent that Defendant moves to dismiss for lack of personal jurisdiction pursuant to Rule 12(b)(2) and for failure to state a claim pursuant to Rule 12(b)(6), the Motion is **DENIED**. To the extent that Defendant moves to dismiss for improper venue pursuant to Rule 12(b)(3), the Motion is **GRANTED** and Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** as premature.

MONROE, LOUISIANA, this 18th day of December 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE